■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL N. EASTMAN, Appellant.— Order unanimously affirmed. (Appeal from order of Monroe County Court denying a motion to vacate a judgment of conviction for

sodomy, second degree on which defendant was sentenced on January 19, 1959 as a second offender.)   Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.